IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
IN OPEN COURT
SEP 14 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

AMEKA RIDDICK, Administrator of the Estate of PAMELA RENEE RIDDICK, THE DECEDENT, deceased,

Plaintiff,

v.

WILLIAM WATSON, et al.,

Defendants.

Case No.: 2:19cv363

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT

THIS CAUSE came on this day to be heard on the Joint Petition for Wrongful Death Settlement filed by the Plaintiff AMEKA RIDDICK, Administrator of the Estate of PAMELA RENEE RIDDICK, the Decedent, Defendants WILLIAM WATSON, JASON CASHWELL, RANDY COARDES, PATRICK DEAVER, CHARLES KELLY, Kimberly Leazer, Erica Wilson AND COURTNEY SHAW, and Defendants CORRECT CARE SOLUTIONS, LLC, CLIFFORD ROSE, LPN, KATRES MAYFIELD, LPN, MICHELLE MURRAY, LPN, by counsel, pursuant to Section 8.01-50 et seq. of the Code of Virginia, for consideration and approval by this Court of a compromise in settlement of the wrongful death of PAMELA RENEE RIDDICK.

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Decedent, PAMELA RENEE RIDDICK, died while in the custody of the Portsmouth City Jail in Portsmouth, Virginia, and that all parties interested and required by law to be convened have been convened; and

IT FURTHER APPEARING to the Court that WILLIAM WATSON, JASON CASHWELL, RANDY COARDES, PATRICK DEAVER, CHARLES KELLY, Kimberly Leazer, Erica Wilson AND COURTNEY SHAW, CORRECT CARE SOLUTIONS, LLC, CLIFFORD ROSE, LPN, KATRES MAYFIELD, LPN, and MICHELLE MURRAY, LPN, have agreed upon a Compromise and Settlement of plaintiff's claims for the aggregate sum of Five Hundred Thousand and 00/100 Dollars ($500,000.00), which includes the sum of Two Hundred Fifty Thousand ($250,000.00) to be paid by on behalf of WILLIAM WATSON, JASON CASHWELL, RANDY COARDES, PATRICK DEAVER, CHARLES KELLY, COURTNEY SHAW, KIMBERLY LEAZER, and ERICA WILSON, and the sum of Two Hundred Fifty Thousand ($250,000.00) to be paid by on behalf of CORRECT CARE SOLUTIONS, LLC, CLIFFORD ROSE, LPN, KATRES MAYFIELD, LPN, and MICHELLE MURRAY, LPN; and

IT FURTHER APPEARING to the Court that all interested Parties agree and consent to the compromise as set forth herein; and, therefore,

IN CONSIDERATION WHEREOF, it is ADJUDGED and ORDERED that WILLIAM WATSON, JASON CASHWELL, RANDY COARDES, PATRICK DEAVER, CHARLES KELLY, Kimberly Leazer, Erica Wilson AND COURTNEY SHAW, CORRECT CARE SOLUTIONS, LLC, CLIFFORD ROSE, LPN, KATRES MAYFIELD, LPN, and MICHELLE MURRAY, LPN, and all other persons, associations or corporations vicariously or contingently liable on their behalf be, and they hereby are, released, acquitted and forever discharged from any and all actions, causes of actions, claims or demands that the Estate of PAMELA RENEE RIDDICK may now or hereafter have against WILLIAM WATSON, JASON CASHWELL, RANDY COARDES, PATRICK DEAVER, CHARLES KELLY, Kimberly Leazer, Erica Wilson AND

COURTNEY SHAW, CORRECT CARE SOLUTIONS, LLC, CLIFFORD ROSE, LPN, KATRES MAYFIELD, LPN, and MICHELLE MURRAY, LPN, for the wrongful death of PAMELA RENEE RIDDICK while in the custody of the Portsmouth City Jail; and

IT IS FURTHER ADJUDGED, ORDERED, and DECREED that the proceeds of said settlement and compromise shall be paid as follows:

•The sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00) to be paid to the law firm of Fraim & Fiorella, PC for legal services rendered;

•The sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00) to be paid to the law firm of Jon Babineau, P.C. for legal services rendered;

•The sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00)to be paid to the law firm of Law Office of Don Scott, PLLC for legal services rendered;

•The sum of Twenty-Seven Thousand Six Hundred Sixty-Five and 78/100 Dollars ($27,665.78) to be paid to the law firm of Fraim & Fiorella, PC for legal costs;

•The sum of Sixty-One Thousand Eight Hundred Thirty-Three and 56/100 Dollars ($61,833.56) to be paid as a lump sum payment to Ameka Riddick.

•The sum of Sixty-One Thousand Eight Hundred Thirty-Three and 56/100 Dollars ($61,833.56) to be paid as a lump sum payment to Natasha M. Riddick.

•The sum of Sixty-One Thousand Eight Hundred Thirty-Three and 55/100 Dollars ($61,833.55) to be paid as a lump sum payment to Jasmine Riddick.

•The sum of Sixty-One Thousand Eight Hundred Thirty-Three and 55/100 Dollars ($61,833.55) to be paid as a lump sum payment to Donnisha Riddick.

ALL MATTERS in controversy having been settled, it is ORDERED that this matter be dismissed, with prejudice, and the Court will retain jurisdiction for the purposes of enforcing the terms of this settlement. /s/ MSD

Mark S. Davis
Chief Judge

IT IS SO ORDERED.

Mark S. Davis
Chief United States District Judge

Norfolk, Virginia
September 14, 2021

[Signatures on Pages 4, 5 and 6 of 6]

**WE ASK FOR THIS:**

Ameka Riddick, Administrator of the Estate of Pamela Renee Riddick

Ameka Riddick, Statutory Beneficiary

Natasha M. Riddick, Statutory Beneficiary

Jasmine Riddick, Statutory Beneficiary

Donnisha Riddick, Statutory Beneficiary

Don Scott, Esq. (VSB #88725)
***Law Office of Don Scott, PLLC***
355 Crawford Street
Portsmouth, VA 23704
Phone: (757) 673-001
Fax: (757) 673-0952
dscott@donscottfirm.com
*Counsel for Plaintiff*

Edward A. Fiorella, Jr., Esq. (VSB #26176)
Katherine Marguerite Lennon, Esq. (VSB #92358)
***Fraim & Fiorella, P.C.***
Town Point Center, Suite 601
150 Boush Street
Norfolk, VA 23510
Phone: (757) 227-5900
Fax: (757) 227-5901
eafiorella@ff-legal.com
klennon@ff-legal.com
*Counsel for Plaintiff*

Jon M. Babineau, Esq. (VSB #27461)
***Jon M. Babineau, PC***
109 East Main Street, Suite 413
Norfolk, VA 23510
Phone: (757) 622-8631
Fax: (757) 226-0621
jon@babineaulaw.com
*Counsel for Plaintiff*

**SEEN AND AGREED TO:**

Jeff W. Rosen, Esquire (VSB #22689)
Jeffrey A. Hunn, Esq. (VSB #45487)
***Pender & Coward, P.C.***
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
(757) 490-6253/Fax (757) 497-1914
jrosen@pendercoward.com
jhunn@pendercoward.com
*Counsel for Defendants Watson, Cashwell, Shaw, Coardes, Kelly, and Deaver*

William W. Tunner, Esq. (VSB # 38358)
***ThompsonMcMullan, P.C.***
100 Shockoe Slip, Third Floor
Richmond, VA 23219
Phone: (804) 698-6214
Fax: (804) 780-1813
wtunner@t-mlaw.com
*Counsel for Defendant Leazer*

Alexander Francuzenko, Esq. (VSB #36510)
***Cook Craig & Francuzenko, PLLC***
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone: (703) 865-7480
Fax: (703) 434-3510
alex@cookcraig.com
*Counsel for Defendant Wilson*

Joel M. McCray, Esq. (VSB # 38116)
Angela B. Axselle, Esq. (VSB #43864)
***Wimbish Gentile McCray & Roeber PLLC***
8730 Stony Point Pkwy, Suite 201
Richmond, VA 23235
Phone: (804) 804-655-4846
Fax: (804) 980-7819
aaxselle@wgmrlaw.com
jmccray@wgmrlaw.com
*Counsel for Defendants CCS, Mayfield, Murray, and Rose*